765 S.E.2d 834

The STATE of South Carolina ex rel Alan WILSON, Attorney General, Petitioner,

v.

Irvin G. CONDON, in his capacity as Judge of Probate Charleston County, Respondent.

and

Colleen Therese Condon and Anne Nichols Bleckley, Intervenors.

Appellate Case No. 2014–002121.

Supreme Court of South Carolina.

Nov. 19, 2014.

## ORDER

By order dated October 9, 2014, a majority of this Court, in response to the Attorney General's petition to enjoin respondent from issuing any licenses for same-sex marriages pending a decision by United States District Court Judge J. Michelle Childs in *Bradacs v. Haley*, 3:13–CV–02351–JMC,[1] accepted

---

1. Specifically, the Attorney General "only ask[ed] that this Court temporarily enjoin the issuance of licenses until the issuance of a final, operative order is issued" in the *Bradacs* case.

this case in our original jurisdiction for the limited purpose of maintaining the status quo until the Federal District Court could resolve the *Bradacs* case. Respondent and all other probate judges were directed not to issue marriage licenses to same-sex couples pending a decision by the Federal District Court in *Bradacs*. A decision by Judge Childs resolving the *Bradacs* case having been rendered, we hereby lift the injunction issued in our order of October 9, 2014.

/s/Jean H. Toal, C.J.

/s/Costa M. Pleicones, J.

/s/Donald W. Beatty, J.

/s/Kaye G. Hearn, J.
    FOR THE COURT

KITTREDGE, J., not participating.